```
McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4000 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LAO YANG,<br><br>        Defendant. | 1:99-mj-02069<br><br>MOTION AND ORDER FOR DISMISSAL OF COMPLAINT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against, in that defendant has been apprehended.

DATED: April 11, 2006                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              By
                                               /S/ SHEILA K. OBERTO
                                              Assistant U.S. Attorney
                                              Deputy Chief, Fresno Office

    IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

IT IS SO ORDERED.

**Dated:   April 12, 2006**                    **/s/ Sandra M. Snyder**
icido3                                        UNITED STATES MAGISTRATE JUDGE

1